IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JESOVHA OCTAVIUS SEABORN,<br>  Plaintiff, | Civil Action No. 7:19-cv-00639 |
| v. | **MEMORANDUM OPINION** |
| VA. DEPT. OF CORRECTIONS, et al.,<br>  Defendants. | By: Norman K. Moon<br>Senior United States District Judge |

  Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered October 15, 2019, the Court directed Plaintiff to submit within 20 days from the date of the order the required six-month statements for the months of March through August 2019 in order to comply with the conditions regarding his application to proceed in forma pauperis. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

  More than 20 days have elapsed, and Plaintiff has failed to comply with the described conditions. Accordingly, the Court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once Plaintiff is prepared to comply with the noted conditions.

  The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

  ENTER: This __20th__ day of November, 2019.

               /s/ Norman K. Moon
               NORMAN K. MOON
               SENIOR UNITED STATES DISTRICT JUDGE